AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT UNDER SEAL
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JAMES P. PHIPPS | ) | 1:19-mj-297 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 11, 2018 _____ in the county of ____ * (see note below) ____ in the
____ Eastern ____ District of _Virginia and elsewhere_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(5) | Assault aboard a nonstop aircraft in flight on or about May 11, 2018 from Washington Dulles International Airport in Dulles, Virginia, located within the Eastern District of Virginia, to London Heathrow Airport.<br><br>* The offense occurred within the special maritime and territorial jurisdiction of the United States |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

SAUSA Anthony Mariano/AUSA Raj Parekh

_____
*Complainant's signature*

FBI Special Agent Jeffrey Fuller
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ July 1, 2019 _____

City and state: _____ Alexandria, VA _____

_____ /s/ _____
Ivan D. Davis
United States Magistrate Judge