AO 442 (Rev. 11/11) Arrest Warrant

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19-mj-297 |
| JAMES P. PHIPPS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

JUL - 2 2019

CLERK, U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES P. PHIPPS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Assault aboard a nonstop aircraft in flight on or about May 11, 2018 from Washington Dulles International Airport in Dulles, Virginia, located within the Eastern District of Virginia, to London Heathrow Airport, in violation of Title 18, United States Code, Section 113(a)(5).

Date: July 1, 2019

/s/
Ivan D. Davis
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

The Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/2/19, and the person was arrested on *(date)* 7/2/19
at *(city and state)* Arlington, VA.

Date: 7/2/19

*Arresting officer's signature*

Jeffrey A. Fuller
*Printed name and title*